UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RYAN PATRICK RUCKER,<br><br>    Plaintiff,<br><br>vs.<br><br>WEXFORD Med. Serv.,<br>Terre Haute Regional Hospital,<br>Indiana Dept. of Corr.,<br>Wabash Valley Corr. Facility,<br>Dr. Mitchef, Regional Med. Dir.,<br>Dr. Samuel Byrd, MD,<br>Dr. Elliot Kleinman,<br>Nurse Amy Wright, RN,<br>Nurse Rebecca "Bobbi" Riggs,<br>Nurse Boyd (known only as),<br>Richard Brown, W.V.C.F. Warden,<br>Brian Mifflin, W.V.C.F., GHU Case Manager,<br><br>    Defendants. | CASE NO. 2:19-cv-00569-JPH-MJD |

## NOTICE OF SERVICE

NOW COME the Defendant, Elliot Kleinman, DPM, files this notice that his Response to Plaintiff's Request for Production of Documents was served today, August 7, 2020, on Plaintiff via U.S. First Class Mail.

Respectfully submitted,

*/s/ Ronald A. Mingus*
Ronald A. Mingus (#31144-49)
REMINGER CO., L.P.A.
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
Tel: (317) 853-7366
Fax: (317) 228-0943
rmingus@reminger.com
*Counsel for Defendant, Elliot Kleinman, D.P.M.*

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing document has been sent by regular U.S. mail on this 7th day of August, 2020 to:

Ryan Patrick Rucker
Inmate #189843
Wabash Valley Correctional Facility
6908 South Old US Highway 41
P.O. Box 1111
Carlisle, IN 47838
*Plaintiff, Pro Se*

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
334 North Senate Avenue
Indianapolis, IN 46204
*Counsel for Defendants, Nurse Boyd, Samuel Byrd, M.D., Dr. Mitcheff, Nurse Rebecca "Bobbi" Riggs, Wexford Med. Serv., Nurse Amy Wright*

Archer Rose, Jr.
Cameron S. Huffman
Office of the Indiana Attorney General – 5th Fl.
302 West Washington street
Indianapolis, IN 46204
*Counsel for Defendant, Indiana Dept. of Correction*

       */s/ Ronald A. Mingus*
       Ronald A. Mingus (#31144-49)
       REMINGER CO., L.P.A.